ROBERT FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: robert.freeman@lewisbrisbois.com
GREGORY S. BEAN, ESQ.
Nevada Bar No. 012694
E-Mail: gregory.bean@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
PH:   (702) 893-3383
FAX:  (702) 893-3789
*Attorneys for Defendants*
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN KINGHAM, <br><br>        Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, duly authorized to conduct business in the State of Nevada; DOES 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10 inclusive, <br><br>        Defendants. | CASE NO.:  2:15-cv-01555-APG-GWF <br><br> STIPULATION FOR EXTENSION OF TIME OF THE DATE SET FOR THE FILING OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S COMPLAINT |

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY to file its response to Plaintiff's Complaint, said response being due on September 28, 2015, be extended until October 28, 2015.

/ / /

4846-7916-3433.1

## Reason for Extension

Because of the complexity of the claims made in Plaintiff's Complaint and counsel for Defendant having not yet received documents to assist in responding to the claims, Defendant needs additional time to perform an investigation prior to filing a responsive pleading.  This stipulation is made in good faith and not for the purpose of delay. This is the first extension of time requested by counsel for filing Defendant's Response to Plaintiff's Complaint.

DATED this 25th day of September, 2015.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Gregory Bean*

Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Gregory S. Bean, Esq.
Nevada Bar No. 12694
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorney for Defendant
*State Farm Mutual Automobile Insurance Company*

DATED this 25th day of September, 2015.

LAW OFFICE OF WILLIAM R. BRENSKE

*/s/ Jennifer Andreevski*

William R. Brenske, Esq.
Nevada Bar No. 1806
Jennifer R. Andreevski, Esq.
Nevada Bar No. 9095
Ryan D. Krametbauer, Esq.
Nevada Bar No. 12800
630 South Third Street
Las Vegas, NV  89101
*Attorneys for Plaintiff
Kathryn Kingham*

## ORDER

IT IS SO ORDERED.

Dated this 28th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

4846-7916-3433.1

2