WILLIAM R. BRENSKE, ESQ.
Nevada Bar No. 1806
JENNIFER R. ANDREEVSKI, ESQ.
Nevada Bar No. 9095
RYAN D. KRAMETBAUER, ESQ.
Nevada Bar No. 12800
BRENSKE & ANDREEVSKI
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Email wbrenske@hotmail.com
Telephone No.: (702) 385-3300
Facsimile No.: (702) 385-3823
*Attorney for Plaintiff,*
*Kathryn Kingham*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN KINGHAM,<br><br>Plaintiff,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, duly authorized to conduct business in the State of Nevada; DOES 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:15-CV-01555-APG<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(First Request) |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, Plaintiff, Kathryn Kingham, by and through her attorneys of record, William R. Brenske and Jennifer R. Andreevski of Brenske & Andreevski, and Defendant, State Farm Mutual Automobile Insurance Company by and through its attorneys of record, Robert Freeman and Pamela L. McGaha of Lewis Brisbois Bisgard & Smith in accordance with Local Rule IA 6-1 of the Local Rules for the United States District Court for the District of Nevada and Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, to extend the deadline to answer or otherwise respond to Defendant, State Farm Mutual Automobile Insurance Company's Motion for Partial Summary Judgment (Doc. No. 31) by two

weeks. Pursuant to this stipulation, responses to Defendant's motion shall be due on March 9, 2017. Responses are currently due on February 23, 2017.

Good cause exists for this extension as Defendant's dispositive motion is 55-pages long and includes over 2,700 pages of exhibits. There are also three claims Defendant is seeking to dismiss. In order to oppose or otherwise respond to the motion, it is necessary to review all the exhibits attached to Defendant's motion. Given the complexity of the motion and required response the parties and their counsel hereby stipulate to a two week extension to file a response.

Extending the deadline to respond to State Farm's motion, up to and including March 9, 2017, will ensure Plaintiff has a full and fair opportunity to respond to Defendant's Motion for Partial Summary Judgment (Doc. No. 31). A proposed order is provided below.

DATED: February 14, 2017

DATED: February 14, 2017

/s/William R. Bresnske, Esq.
WILLIAM R. BRENSKE, ESQ.
Nevada Bar No. 1806
JENNIFER R. ANDREEVSKI, ESQ.
Nevada Bar No. 9095
BRENSKE & ANDREEVSKI
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 385-3300
Facsimile: (702) 385-3823
Email: wbrenske@hotmail.com
*Attorneys for Plaintiffs, Carolyn Mann individually and as Special Administrator of the Estate of David Anthony Mann and as Assignee of the Estate of Thomas Joseph Meyers*

/s/Pamela L. McGaha, Esq.
ROBERT FREEMAN, ESQ.
Nevada Bar No. 3062
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 8181
LEWIS BRISBOIS BISGAARD & SMITH
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Robert.Freeman@lewisbrisbois.com
*Attorneys for Defendant, State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN KINGHAM,<br><br>    Plaintiff,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, duly authorized to conduct business in the State of Nevada; DOES 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:15-CV-01555-APG<br><br>**ORDER** |

Pursuant to the parties' stipulation it is hereby:

ORDERED responses to State Farm's Motion for Partial Summary Judgment (Document No. 31) shall be due on or before March 9, 2017.

Dated: February 15, 2017.

_____
The Honorable Andrew P. Gordon
United States District Judge