ROBERT FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 008181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 012752
E-Mail: Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
PH:    (702) 893-3383
FAX:   (702) 893-3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KATHRYN KINGHAM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, duly authorized to conduct business in the State of Nevada; DOES 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10 inclusive,<br><br>　　　　Defendants. | CASE NO.:  2:15-cv-01555-APG-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, Plaintiff Kathryn Kingham and Defendant State Farm Mutual Automobile Insurance Company (collectively, the "Parties"), by and through their respective counsel, and in accordance with LR IA 6-1 and Fed. R. Civ. Proc. 6(b)(1)(A) that the due date for State Farm to file its Reply in Support of its Motion for Partial Summary Judgment (ECF No. 31) be extended as follows:

4832-4886-5862.1

WHEREAS, on Feb. 2, 2017, Defendant State Farm filed its Motion for Partial Summary Judgment (ECF No. 31);

WHEREAS, on Mar. 9, 2017, Plaintiff Kathryn Kingham filed her Response to State Farm's Motion for Partial Summary Judgment (ECF No. 36);

WHEREAS, due to additional time that Defendant State Farm needs to prepare its Reply in Support of its Motion for Partial Summary Judgment;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

The briefing schedule shall be amended such that Defendant State Farm's Reply in Support of its Motion for Partial Summary Judgment is due on or before April 20, 2017.

DATED: April 06, 2017.                                    DATED: April 06, 2017.

/s/ Cheryl A. Grames                                      /s/ Jennifer R. Andreevski
ROBERT W. FREEMAN, ESQ.                                   WILLIAM R. BRENSKE, ESQ.
Nevada Bar No. 003062                                     Nevada Bar No. 1806
PAMELA L. MCGAHA, ESQ.                                    JENNIFER R. ANDREEVSKI, ESQ.
Nevada Bar No. 008181                                     Nevada Bar No. 9095
CHERYL A. GRAMES, ESQ.                                    RYAN D. KRAMETBAUER, ESQ.
Nevada Bar No. 012752                                     Nevada Bar No. 12800
6385 S. Rainbow Boulevard, Suite 600                      3800 Howard Hughes Parkway, Ste. 500
Las Vegas, Nevada 89118                                   Las Vegas, NV  89169
*Attorneys for STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*   *Attorney for Kathryn Kingham*

## ORDER

IT IS SO ORDERED.

DATED: April 6, 2017.

_____
UNITED STATES DISTRICT JUDGE