ROBERT FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 008181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 012752
E-Mail: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
PH:  (702) 893-3383
FAX:  (702) 893-3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KATHRYN KINGHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, duly authorized to conduct business in the State of Nevada; DOES 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10 inclusive,<br><br>    Defendants. | CASE NO.: 2:15-cv-01555-APG-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, Plaintiff Kathryn Kingham and Defendant State Farm Mutual Automobile Insurance Company ( individually, "Plaintiff" and "Defendant," respectively, and collectively, the "Parties"), by and through their respective counsel, and in accordance with LR IA 6-1 and Fed. R. Civ. Proc. 6(b)(1)(A), that the due date for the Parties to file the Joint Pre-Trial Order be extended thirty (30) days from the current deadline of October 30, 2017, up to and

4812-1351-9698.1

including November 30, 2017.

The Parties do not seek this request for an extension of time for any improper purpose or to delay these proceedings unnecessarily. Counsel for the Parties have met and conferred, and have agreed that extending the Pre-Trial Order deadline by thirty days best serves the interests of the Parties following the Court's granting in part and denying in part State Farm's Motion for Partial Summary Judgment (ECF No. 42), and in light of their respective schedules.

WHEREFORE, the Parties respectfully request that this Court extend the time for the Parties to file their Joint Pre-Trial Order by thirty (30) days from the current deadline of October 30, 2017 up to and including November 30, 2017.

DATED this 26th day of October 2017.     DATED this 26th day of October 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP     BRENSKE & ANDREEVSKI

/s/ Cheryl A. Grames     /s/ William R. Brenske
ROBERT W. FREEMAN, ESQ.     WILLIAM R. BRENSKE, ESQ.
Nevada Bar No. 003062     Nevada Bar No. 001806
PAMELA L. MCGAHA, ESQ.     JENNIFER R. ANDREEVSKI, ESQ.
Nevada Bar No. 008181     Nevada Bar No. 009095
CHERYL A. GRAMES, ESQ.     RYAN D. KRAMETBAUER, ESQ.
Nevada Bar No. 012752     Nevada Bar No. 012800
6385 S. Rainbow Boulevard, Suite 600     3800 Howard Hughes Parkway, Ste. 500
Las Vegas, NV 89118     Las Vegas, NV 89169
*Attorneys for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*     *Attorneys for Plaintiff KATHRYN KINGHAM*

## ORDER

**IT IS SO ORDERED.**

DATED: _____ October 30 __, 2017.

_____
GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE