ROBERT FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 008181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 012752
E-Mail: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
PH: (702) 893-3383
FAX: (702) 893-3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KATHRYN KINGHAM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, duly authorized to conduct business in the State of Nevada; DOES 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10 inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:15-cv-01555-APG-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, Plaintiff Kathryn Kingham and Defendant State Farm Mutual Automobile Insurance Company (individually, "Plaintiff" and "Defendant," respectively, and collectively, the "Parties"), by and through their respective counsel, and in accordance with LR IA 6-1 and Fed. R. Civ. Proc. 6(b)(1)(A), that the due date for the Parties to file the Joint Pre-Trial Order be extended fourteen (14) days from the current deadline of November 30, 2017, up to and including

4834-3590-2295.1

December 14, 2017.

The Parties do not seek this request for an extension of time for any improper purpose or to delay these proceedings unnecessarily. Counsel for the Parties have met and conferred, and have agreed that extending the Pre-Trial Order deadline by fourteen days best serves the interests of the Parties as the Parties require additional time to confer regarding the content of the proposed Order.

WHEREFORE, the Parties respectfully request that this Court extend the time for the Parties to file their Joint Pre-Trial Order by fourteen (14) days from the current deadline of November 30, 2017 up to and including December 14, 2017.

| DATED this 30th day of November 2017. | DATED this 30th day of November 2017. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | BRENSKE & ANDREEVSKI |
| */s/ Pamela L. McGaha* | */s/ William R. Brenske* |
| ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 003062<br>PAMELA L. MCGAHA, ESQ.<br>Nevada Bar No. 008181<br>CHERYL A. GRAMES, ESQ.<br>Nevada Bar No. 012752<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY* | WILLIAM R. BRENSKE, ESQ.<br>Nevada Bar No. 001806<br>JENNIFER R. ANDREEVSKI, ESQ.<br>Nevada Bar No. 009095<br>RYAN D. KRAMETBAUER, ESQ.<br>Nevada Bar No. 012800<br>3800 Howard Hughes Parkway, Ste. 500<br>Las Vegas, NV 89169<br>*Attorneys for Plaintiff KATHRYN KINGHAM* |

## ORDER

**IT IS SO ORDERED.**

DATED: _____December 1_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4834-3590-2295.1

2