ROBERT FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 008181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 012752
E-Mail: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
PH:   (702) 893-3383
FAX:  (702) 893-3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| KATHRYN KINGHAM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, duly authorized to conduct business in the State of Nevada; DOES 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10 inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:15-cv-01555-APG-GWF<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, Plaintiff Kathryn Kingham and Defendant State Farm Mutual Automobile Insurance Company (individually, "Plaintiff" and "Defendant," respectively, and collectively, the "Parties"), by and through their respective counsel, and in accordance with LR IA 6-1 and Fed. R. Civ. Proc. 6(b)(1)(A), that the due date for the Parties to file the Joint Pre-Trial Order be extended seven (7) days from the current deadline of December 14, 2017, up to and including

4821-3326-8824.1

December 21, 2017.

The Parties do not seek this request for an extension of time for any improper purpose or to delay these proceedings unnecessarily. Counsel for the Parties have continued to meet and confer, and have agreed that extending the Pre-Trial Order deadline by seven additional days best serves the interests of the Parties as the Parties require additional time to confer regarding the content of the proposed Order.

WHEREFORE, the Parties respectfully request that this Court extend the time for the Parties to file their Joint Pre-Trial Order by seven (7) days from the current deadline of December 14, 2017 up to and including December 21, 2017.

DATED this 14ह day of November 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Cheryl A. Grames
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 008181
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 012752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

DATED this 14th day of November 2017.

BRENSKE & ANDREEVSKI

/s/ Ryan D. Krametbauer
WILLIAM R. BRENSKE, ESQ.
Nevada Bar No. 001806
JENNIFER R. ANDREEVSKI, ESQ.
Nevada Bar No. 009095
RYAN D. KRAMETBAUER, ESQ.
Nevada Bar No. 012800
3800 Howard Hughes Parkway, Ste. 500
Las Vegas, NV 89169
*Attorneys for Plaintiff KATHRYN KINGHAM*

## ORDER

**IT IS SO ORDERED.**

DATED: December 18, 2017.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

4821-3326-8824.1

2