ROBERT FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 008181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 012752
E-Mail: Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
PH:  (702) 893-3383
FAX: (702) 893-3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| KATHRYN KINGHAM,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, duly authorized to conduct business in the State of Nevada; DOES 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10 inclusive,<br><br>  Defendants. | CASE NO.: 2:15-cv-01555-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY STIPULATED and AGREED between Plaintiff KATHRYN KINGHAM ("Plaintiff"), by and through her counsel, BRENSKE & ANDREEVSKI, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP,

/ / /

4826-9265-9808.1

that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 11 day of April 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 008181
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 012752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

DATED this 10th day of April 2018.

BRENSKE & ANDREEVSKI

WILLIAM R. BRENSKE, ESQ.
Nevada Bar No. 001806
JENNIFER R. ANDREEVSKI, ESQ.
Nevada Bar No. 009095
RYAN D. KRAMETBAUER, ESQ.
Nevada Bar No. 012800
3800 Howard Hughes Parkway, Ste. 500
Las Vegas, NV 89169
*Attorneys for Plaintiff KATHRYN KINGHAM*

ORDER

**IT IS SO ORDERED.**

Dated: April 19, 2018.

_____
UNITED STATES DISTRICT JUDGE